NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

LEVITON MANUFACTURING CO., INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

FUJIAN HONGAN ELECTRIC CO., LTD.
AND ZHEJIANG TRIMONE ELECTRIC SCIENCE &
TECHNOLOGY CO., LTD.,
*Intervenors.*

---

2012-1483

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

---

## ON MOTION

---

## ORDER

Upon consideration of Fujian Hongan Electric Co., Ltd. and Zhejiang Trimone Electric Science & Technology Co., Ltd.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lei Mei, Esq.
    Clark S. Cheney, Esq.
    Larry L. Shatzer, III, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2012

JAN HORBALY
CLERK